# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hayden, Katharine S. | US District Court - DNJ | 07/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court
USPO & Courthouse Building
Newark, New Jersey 07101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 07/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/19-12/19 | Partner, Law Firm - Pashman Stein Walder Hayden PC, Hackensack, NJ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 07/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.     BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2.     - Arbor Realty Trust Inc. Common Stock | A | Dividend | J | T | | | | | See Note in Part VIII |
| 3.     - Consolidated Edison Inc. Common Stock | A | Dividend | K | T | | | | | |
| 4.     - Duke Energy Corp New Common Stock | A | Dividend | K | T | | | | | |
| 5.     - Enterprise Prods Partners LP Common Stock | | None | K | T | Buy<br>(add'l) | 12/09/19 | J | | |
| 6.     - GlaxoSmithKline PLC SP ADR Common Stock | A | Dividend | J | T | | | | | |
| 7.     - Kimberly Clark Corp. Common Stock | A | Dividend | K | T | | | | | |
| 8.     - JP Morgan Chase & Co. Common Stock | B | Dividend | K | T | | | | | |
| 9.     - Pfizer Inc. Common Stock | A | Dividend | K | T | | | | | |
| 10.     - Sasol Ltd., Spons. ADR Common Stock | A | Dividend | J | T | | | | | |
| 11.     - Walt Disney Co. Common Stock | A | Dividend | K | T | | | | | |
| 12.     - Aqua America Inc. Common Stock | A | Dividend | K | T | | | | | |
| 13.     - AT&T Inc. Common Stock | B | Dividend | J | T | Sold<br>(part) | 04/29/19 | J | A | |
| 14.     - Honeywell Intl Inc. Common Stock | A | Dividend | K | T | | | | | |
| 15.     - Microsoft Corp Common Stock | A | Dividend | L | T | | | | | |
| 16.     -Procter & Gamble Co. Common Stock | B | Dividend | K | T | Sold<br>(part) | 07/29/19 | J | D | |
| 17.     - Wal-Mart Stores Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - CVS Caremark Corp. Common Stock | A | Dividend | J | T | | | | | |
| 19. - McDonalds Corp Common Stock | A | Dividend | K | T | Sold<br>(part) | 07/18/19 | J | C | |
| 20. - Wells Fargo & Co Common Stock | A | Dividend | J | T | | | | | |
| 21. - Bristol Myers Squibb Co. Common Stock | A | Dividend | K | T | Buy<br>(add'l) | 08/05/19 | J | | |
| 22. - Conagra Foods Inc. Common Stock | A | Dividend | J | T | | | | | |
| 23. - Deere & Co. Common Stock | A | Dividend | K | T | | | | | |
| 24. - General Electric Co. Common Stock | A | Dividend | J | T | Sold<br>(part) | 03/06/19 | J | | See Note in Part VIII |
| 25. - Kellogg Co. Common Stock | A | Dividend | J | T | | | | | |
| 26. - Mondelez Intl Inc. Common Stock | A | Dividend | J | T | | | | | |
| 27. - Nustar Energy LP Common Stock | | None | J | T | Buy<br>(add'l) | 12/24/19 | J | | |
| 28. - Parker-Hannifin Corp. Common Stock | A | Dividend | K | T | | | | | |
| 29. - Philip Morris Intl Inc. Common Stock | B | Dividend | K | T | | | | | |
| 30. - Quanta Services Inc. Common Stock | A | Dividend | K | T | | | | | |
| 31. - Raytheon Company Common Stock | A | Dividend | L | T | Buy<br>(add'l) | 01/16/19 | J | | |
| 32. | | | | | Buy<br>(add'l) | 04/15/19 | J | | |
| 33. | | | | | Buy<br>(add'l) | 06/11/19 | J | | |
| 34. - NJ Edu Facs Auth Rev Rfndg Bonds - Uni<br>of Med/Den of NJ | B | Interest | | | Redeemed | 06/03/19 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - New Jersey ST Edl Facs Auth Rev Refdg - Kean Univ Bond | B | Interest | | | Redeemed | 09/03/19 | K | | |
| 36. - California St Var Purp Genl Oblig Municipal Bond | B | Interest | | | Redeemed | 05/15/19 | K | | |
| 37. - Boeing Co. Common Stock | B | Dividend | L | T | | | | | |
| 38. - Public Service Enterprise Grp Common Stock | A | Dividend | J | T | | | | | |
| 39. - NJ Higher Ed Assistant Auth Bond | A | Interest | K | T | | | | | |
| 40. - DowDupont Inc. Common Stock | A | Dividend | | | | | | | See Note in Part VIII |
| 41. - Emerson Electric Co Common Stock | A | Dividend | K | T | | | | | |
| 42. - Nucor Corp Common Stock | A | Dividend | K | T | | | | | |
| 43. - Morgan Stanley Bank NA Bank Deposit Program | A | Interest | L | T | | | | | |
| 44. - Buckeye Partners LP | | None | | | Sold | 11/01/19 | J | | |
| 45. - Eaton Corp. PLC SHS Common Stock | A | Distribution | K | T | | | | | |
| 46. - Weyerhauser Co. Common Stock | A | Distribution | K | T | Buy (add'l) | 06/14/19 | J | | |
| 47. - Xylem Inc. Common Stock | A | Dividend | K | T | | | | | |
| 48. - Apple Inc. Common Stock | A | Dividend | K | T | | | | | |
| 49. - BP PLC ADS Common Stock | A | Dividend | J | T | Buy (add'l) | 09/06/19 | J | | |
| 50. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 51. - Timken Co Common Stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hayden, Katharine S.** | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - Puerto Rico Elec Pwr Auth Rev Ref Ser-MM Bond | B | Interest | K | T | | | | | |
| 53.   - Conoco Phillips Common Stock | A | Dividend | J | T | | | | | |
| 54.   - Exelon Corp. Common Stock | A | Dividend | J | T | | | | | |
| 55.   - John Hancock Bk & Thrift Fund | A | Dividend | J | T | | | | | |
| 56. | A | Distribution | | | | | | | |
| 57.   - Merck & Co Inc Common Stock | A | Dividend | J | T | | | | | |
| 58.   - Steel Dynamics Inc Common Stock | A | Dividend | K | T | Buy (add'l) | 01/16/19 | J | | |
| 59.   - Aerie Pharmaceuticals Inc. Common Stock | | None | K | T | Buy (add'l) | 01/08/19 | J | | |
| 60. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 61. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 62. | | | | | Buy (add'l) | 05/21/19 | J | | |
| 63. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 64. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 65.   - Bank of America Corp. Common Stock | A | Dividend | | | Sold | 11/12/19 | J | | |
| 66.   - Quotient Ltd Shs Common Stock | | None | J | T | Buy (add'l) | 12/24/19 | J | | |
| 67.   - Cypress Semiconductor Common Stock | A | Dividend | K | T | | | | | |
| 68.   - Global Blood Therapeutics Common Stock | | None | K | T | Buy (add'l) | 04/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 70.   - Maxwell Tech Inc. Common Stock | | None | | | Buy (add'l) | 01/25/19 | J | | See Note in Part VIII |
| 71.   - Sabre Corporation Common Stock | A | Dividend | J | T | | | | | |
| 72.   - BASF SE ADR Common Stock | A | Dividend | J | T | | | | | |
| 73.   - Enbridge Inc Common Stock | B | Dividend | K | T | Buy (add'l) | 05/02/19 | J | | |
| 74. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 75.   - Golar Lng Ltd Common Stock | A | Dividend | J | T | | | | | |
| 76.   - Kinder Morgan Incorp Common Stock | A | Distribution | J | T | Buy (add'l) | 01/25/19 | J | | |
| 77. | A | Dividend | | | Buy (add'l) | 06/14/19 | J | | |
| 78.   - Newell Brands Inc Common Stock | A | Dividend | J | T | | | | | |
| 79.   - Federated Prme Csh Oblgtn WS Mutual Fund | D | Dividend | | | | | | | See Note in Part VIII |
| 80.   - Corteva Inc. Common Stock | A | Dividend | J | T | Spinoff (from line 40) | 06/01/19 | J | | See Note in Part VIII |
| 81.   - Federated US Trsy Mutual Fund | A | Dividend | N | T | | | | | See Note in Part VIII |
| 82.   - Gladstone Land Corp. Common Stock | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 83. | A | Distribution | | | | | | | |
| 84.   - Granite Constr Inc. Common Stock | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 85. | | | | | Buy (add'l) | 05/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 87. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 88. - Marcus Corp. Common Stock | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 89. - Metlife Incorporated Common Stock | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 90. - United Parcel Serv Inc. Cl B Common Stock | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 91. - Verizon Communications Common Stock | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 92. - Williams Co Inc. Common Stock | A | Dividend | J | T | Buy | 08/01/19 | J | | |
| 93. | A | Distribution | | | Buy (add'l) | 12/09/19 | J | | |
| 94. - Alphabet Inc. Common Stock | | None | J | T | Buy | 12/24/19 | J | | |
| 95. - Amazon Co Inc. Common Stock | | None | J | T | Buy | 12/24/19 | J | | |
| 96. - Brookfield Ppty Partners LP | | None | J | T | Buy | 02/18/19 | J | | |
| 97. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 98. - Brookfield Renew Partners LP | | None | K | T | Buy | 02/08/19 | J | | |
| 99. | | | | | Buy (add'l) | 06/11/19 | J | | |
| 100. - Dow Inc Common Stock | | None | J | T | Spinoff (from line 40) | 04/01/19 | J | | See Note in Part VIII |
| 101. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 102. - Occidental Petroleum Corp. Common Stock | | None | J | T | Buy | 12/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hayden, Katharine S.** | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 104.  - Takeda Pharmaceuticals Co. Common Stock | | None | J | T | Buy | 12/24/19 | J | | |
| 105.  - Tesla Inc. Common Stock | | None | | | Spinoff<br>(from line 70) | 05/21/19 | J | | See Note in Part VIII |
| 106. | | | | | Sold | 07/18/19 | J | A | |
| 107.  - Dupont Demours Common Stock | | None | | | Spinoff<br>(from line 40) | 06/01/19 | J | | See Note in Part VIII |
| 108. | | | | | Sold | 07/18/19 | J | B | |
| 109.  BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 110.  - Morgan Stanley Bank NA | B | Dividend | M | T | | | | | |
| 111. | A | Interest | | | | | | | |
| 112.  IRA/401K ACCOUNTS (H) | | | | | | | | | |
| 113.  - Morgan Stanley Bank NA Cash Account | A | Interest | K | T | | | | | |
| 114.  - Altria Group Inc. Common Stock | A | Dividend | J | T | | | | | |
| 115.  - Bank of America Corp Common Stock | A | Dividend | | | Sold | 11/12/19 | J | B | |
| 116.  - Bank of New York Mellon Corp Common Stock | A | Dividend | J | T | | | | | |
| 117.  - Truist Finl Corp. formerly BB&T Corp Common Stock | A | Dividend | J | T | | | | | See Note in Part VIII |
| 118.  - Celgene Corp Common Stock | | None | | | Merged<br>(with line 141) | 11/21/19 | J | | See Note in Part VIII |
| 119.  - Cisco Sys Inc Common Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Cubesmart Common Stock | A | Dividend | J | T | | | | | |
| 121. - DowDupont Inc. Common Stock | A | Dividend | | | | | | | See Note in Part VIII |
| 122. - Emerson Electric Co Common Stock | A | Dividend | J | T | | | | | |
| 123. - General Electric Co Common Stock | A | Dividend | | | Sold | 03/06/19 | J | | See Note in Part VIII |
| 124. - Kinder Morgan Incorp Common Stock | A | Dividend | J | T | | | | | |
| 125. - Marathon Petroleum Corp Common Stock | A | Dividend | J | T | | | | | |
| 126. - Merck & Co Inc Common Stock | A | Dividend | J | T | | | | | |
| 127. - Metlife Incorporated Common Stock | A | Dividend | J | T | | | | | |
| 128. - Novo Nordisk A.S ADR Common Stock | A | Dividend | J | T | | | | | |
| 129. - Old Republic Intl CP Common Stock | A | Dividend | J | T | | | | | |
| 130. - Paypal Hldgs Inc Common Stock | | None | J | T | | | | | |
| 131. - Pfizer Inc Common Stock | A | Dividend | J | T | | | | | |
| 132. - Qualcomm Inc Common Stock | A | Dividend | J | T | | | | | |
| 133. - Toronto Dom Bk New Common Stock | A | Dividend | J | T | Buy (add'l) | 12/09/19 | J | | |
| 134. - US Bancorp New Common Stock | A | Dividend | J | T | | | | | |
| 135. - Unilever PLC Common Stock | A | Dividend | J | T | | | | | |
| 136. - Wells Fargo & Co New Common Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. - Weyerhaeuser Co Common Stock | A | Dividend | J | T | | | | | |
| 138. - T Rowe Price Sm Cap Val Adv Fund | | None | | | Sold<br>(part) | 08/15/19 | L | A | |
| 139. | | | | | Sold | 08/29/19 | L | | |
| 140. - AT&T Common Stock | A | Dividend | J | T | Sold<br>(part) | 04/29/19 | J | | |
| 141. - Bristol Myers Squibb Co Common Stock | A | Dividend | K | T | Buy<br>(add'l) | 08/05/19 | J | | |
| 142. - Cypress Semiconductor Common Stock | A | Dividend | J | T | | | | | |
| 143. - Gladstone Land Corp Common Stock | A | Dividend | J | T | Buy<br>(add'l) | 06/14/19 | J | | |
| 144. - John Hancock Financial Opps Fd | A | Dividend | J | T | | | | | |
| 145. - Hannon Armstrong Sys Info Common Stock | A | Dividend | J | T | | | | | |
| 146. - Maxwell Tech Inc Common Stock | | None | | | Merged<br>(with line 168) | 05/21/19 | J | | See Note in Part VIII |
| 147. - Nucor Corp Common Stock | A | Dividend | J | T | | | | | |
| 148. - Permian Basin Rlty Uni BI Common Stock | A | Distribution | J | T | | | | | |
| 149. - Sabre Corporation Common Stock | A | Dividend | J | T | | | | | |
| 150. - San Juan Basin Rty Tr UBI Common Stock | A | Distribution | J | T | | | | | |
| 151. - Tallgrass Energy Gp, LP Common Stock | B | Dividend | J | T | | | | | |
| 152. - Templeton Eng Mkt Incm Fd | A | Dividend | J | T | | | | | |
| 153. - Proctor & Gamble Common Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - BP LLC ADS Common Stock | A | Dividend | J | T | Buy (add'l) | 09/06/19 | J | | |
| 155.  - Enbridge Inc Common Stock | B | Dividend | K | T | Buy (add'l) | 02/21/19 | J | | |
| 156. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 157.  - Newell Brands Inc Common Stock | A | Dividend | J | T | | | | | |
| 158.  - BASF SE SP ADR Common Stock | A | Dividend | J | T | | | | | |
| 159.  - Natl Fuel Gas Co Common Stock | A | Dividend | J | T | | | | | |
| 160.  - Annaly Capital Mgmt Common Stock | A | Dividend | J | T | Buy | 08/29/19 | J | | |
| 161.  - Brookfield Ppty Partners LP | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |
| 162. | A | Distribution | | | | | | | |
| 163.  - Brookfield Renew Partners LP | A | Int./Div. | K | T | Buy | 02/18/19 | J | | |
| 164. | A | Distribution | | | Buy (add'l) | 06/11/19 | J | | |
| 165.  - Dow Inc. Common Stock | A | Dividend | J | T | Spinoff (from line 121) | 04/01/19 | J | | See Note in Part VIII |
| 166. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 167.  - Dupont De Nemours Common Stock | A | Dividend | J | T | Spinoff (from line 121) | 06/01/19 | J | | |
| 168.  - Tesla Inc. Common Stock | | None | J | T | | | | | See Note in Part VIII |
| 169.  - William Co. Common Stock | A | Dividend | J | T | Buy | 08/01/19 | J | | |
| 170. | | | | | Buy (add'l) | 09/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hayden, Katharine S.** | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/09/19 | J | | |
| 172.  - Federated US Trsy Mutual Fund | A | Dividend | L | T | | | | | See Note in Part VIII |
| 173.  - Centurylink Inc Common Stock | | None | J | T | Buy | 07/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hayden, Katharine S.** | 07/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 2 - On 1/31/2019, holders of Arbor Realty Trust Inc. common stock received a stock dividend.

Part VII, Lines 24 - Due to a merger, holders of General Electric common stock received .005371 shares of Wabtec Co, common stock per share of General Electric on 2/26/2019. The resulting value of Wabtec share was under $1000 and not reportable in FDR.

Part VII, Lines 40, 80, 100 and 107 - Due to a spinoff, holders of DowDupont common stock received 1 share of Dow Inc. common stock on 4/1/2019, 1 share of Dupont Demours common stock on 6/1/2019 and 1 share of Corteva Inc. common stock on 6/1/2019 for every 3 shares of DowDupont common stock.

Part VII, Lines 70 and 105 - Due to a merger, holders of Maxwell Tech Inc common stock received .0193 shares of Tesla Inc. common stock for every share of Maxwell Tech Inc. common stock on 5/21/2019.

Part VII, Lines 79 and 81 - Federated Prime Cash Obligations WTS money market fund was used to purchase Federal Trsy Mutual Fund; both were utilized as cash account

Part VII, Line 117 - On 12/9/2019, BB&T Corp. changed its name to Truist Financial Corp.

Part VII, Line 118 and 141, Due to a merger, holders of Celgene Corp common stock received 1 share of Bristol-Myers Squibb common stock, $50 cash and 1 contingent value right for every share of Celgene Corp.

Part VII, Lines 121, 165 and 167 - Due to a spinoff, holders of DowDupont common stock received 1 share of Dow Inc. common stock on 4/1/2019, 1 share of Dupont Demours common stock on 6/1/2019 and 1 share of Corteva Inc. common stock on 6/1/2019 for every 3 shares of DowDupont common stock. The Corteva Inc. shares issued for this account had a value of under $1000 and not reportable in FDR

Part VII, Line 123 - Due to a merger, holders of General Electric common stock received .005371 shares of Wabtec Co, common stock per share of General Electric on 2/26/2019. The resulting value of Wabtec share was under $1000 and not reportable in FDR.

Part VII, Lines 146 and 168 - Due to a merger, holders of Maxwell Tech Inc common stock received .0193 shares of Tesla Inc. common stock for every share of Maxwell Tech Inc. common stock on 5/21/2019. Note value of Maxwell Tech Inc common stock at end of 2018 was under $1000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katharine S. Hayden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544